UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re ANTHONY JAMES,<br><br>   Plaintiff. | Case No. 15-cv-01085-JST (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT**<br><br>Re: Dkt. No. 4 |

This action was opened when the Court received from Plaintiff a letter discussing prison conditions. The Court sent him a form complaint to fill out, and he then requested an extension of time to file the form complaint. Plaintiff's request for an extension of time to file a complaint is GRANTED. Dkt. No. 4. Plaintiff must file his complaint no later than **June 8, 2015**. Failure to file the complaint will result in the dismissal of this action. The Court notes that Plaintiff's in forma pauperis (IFP) application also has a deadline of June 8, 2015. **If the complaint and IFP application are not filed on or before June 8, 2015, this action will be dismissed without prejudice for failure to prosecute.**

**IT IS SO ORDERED.**

Dated: April 17, 2015

_____
JON S. TIGAR
United States District Judge